FRANCES J. CEGLOWSKI v. JOSEPH CALVETTO, M.D.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID MITCHELL.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH A. GIORGIANNI.

June 28, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 220)

STATE OF NEW JERSEY v. GARY REEVES.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES KING.

June 28, 1983.

Petition for certification denied.